UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEN WILLIAMS**<br>    **LA. DOC#427527** | **CIVIL ACTION NO. 3:12-cv-1257** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARK SHUMATE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiff's request for a hearing [Doc. No. 6] contained in his Objections to the Report and Recommendation, is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Beaumont, Texas.**

**MONROE, LOUISIANA,** this 12th day of July, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE